IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**DAVID G. HONEYCUTT**                                                          **PLAINTIFF**

      v.                  Civil No. 09-3043

**FEDEX FREIGHT, INC.**                                                         **DEFENDANT**

### O R D E R

Now on this 7th day of October, 2010, for reasons set forth in a Memorandum Opinion of even date herewith, plaintiff's Complaint is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  **JIMM LARRY HENDREN**
                                                  **UNITED STATES DISTRICT JUDGE**